ACCEPTED
15-25-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 11:07 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 11:07:09 AM
CHRISTOPHER A. PRINE
Clerk



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Clerk of the Court
15th Court of Appeals
300 W. 15h Street, Ste 607
Austin, Texas 78701
*Via Electronic Filing*

Re:    CAUSE NO. 15-25-00017-cv; *In the Guardianship of Landen Thomas Griswold, an Incapacitated Person;* In the 15th Court of Appeals, Austin, Texas

Dear Clerk of the Court:

Please be advised that I will be on vacation and unavailable from **December 19, 2025, through January 6, 2026.** I respectfully request that no deadlines, hearings, settings, trials, or other event requiring a response or my presence be set in the above–referenced matter during this time. I further request that no requests requiring immediate attention or activating deadlines be made during this time. I appreciate your observance of this request. By copy of this letter, I have notified all counsel of record.

Thank you for your consideration in this matter.

Respectfully,

/s/ *Terri M. Abernathy*

Terri Abernathy, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
Phone (512) 979-5354
Email terri.abernathy@oag.texas.gov

Cc: *Via eService as follows:*  Tracia Lee at Tracia.Lee@keanmiller.com, Laurel Smith at Laurel.Smith@keanmiller.com, Kean Miller, LLP, Pennzoil South Tower, 711 Louisiana Street, Suite 1800, Houston, Texas 77002, phone (713) 844-3000. *Counsel for Appellant.*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Terri Abernathy
Bar No. 24062894
victoria.gomez@oag.texas.gov
Envelope ID: 109302764
Filing Code Description: Letter
Filing Description: Appellee HHSCs Vacation Letter December 2025
Status as of 12/19/2025 11:35 AM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Petix | 24027728 | jonathan.petix@hhs.texas.gov | 12/19/2025 11:07:09 AM | SENT |
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 12/19/2025 11:07:09 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 12/19/2025 11:07:09 AM | SENT |

Associated Case Party: Candice Jeffcoat

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tracia Lee | | e-serve@keanmiller.com | 12/19/2025 11:07:09 AM | SENT |